

*FILED*

2010 DEC 14 P 5: 32

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

**CV 10  80 3 06**MISC

William Joseph Kopesky - #110745

_____/

**VRW**



**ORDER TO SHOW CAUSE**

It appearing that William Joseph Kopesky has been suspended for not passing the

Professional Responsibility Exam by the State Bar Court effective November 15, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before January 28, 2011 as to why he should not

be suspended from the practice of law before this court.

Dated:

VAUGHN R.  WALKER
United States District Chief Judge

Mailing Address:

William Joseph Kopesky
Attorney At Law
Law Office of William Joseph Kopesky
447 Longfellow Ave
Hermosa Beach, CA 90254