**FILED**

FEB 15 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                       No CV 10 80306 MISC VRW

William Joseph Kopesky,
                                        ORDER
   State Bar No 110745
_____/

     On December 14, 2010, the court issued an order to show cause (OSC) why William Joseph Kopesky should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension by the State Bar of California for failure to pass the professional responsibility exam, effective November 15, 2010.

     The OSC was mailed to Mr Kopesky's address of record with the State Bar on December 16, 2010. A written response was due on or before January 28, 2011. No response to the OSC has been filed as of this date.

     The court now orders William Joseph Kopesky removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

     IT IS SO ORDERED.

VAUGHN R WALKER
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

WILLIAM J KOPESKY ,

Case Number: CV10-80306 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Joseph Kopesky
447 Longfellow Avenue
Hermosa Beach, CA 90254

Dated: February 15, 2011

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*